Randall S. Schiavone (CSB No. 148021)
 rschiavone@ksa-atty.com
Angelique Mangaser (CSB No. 225536)
 amangaser@ksa-atty.com
KAMPF, SCHIAVONE & ASSOCIATES A.P.C.
715 N. Arrowhead Avenue, Suite 104
San Bernardino, California 92402
Telephone: (909) 885-1522
Facsimile: (909) 384-0673

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARILYN WILLIAMSON, | ) | Case No. 2:20-CV-6839 |
|---|---|---|
| Plaintiff, | ) | **COMPLAINT FOR DAMAGES** |
| vs. | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| Defendants. | ) | |

Plaintiff alleges:

1.    This action is brought pursuant to 39 U.S.C. §409 and 28 U.S.C. §§1346(b), 2671 *et seq* against the United States Postal Service.  Venue is proper in the Central District of California, Western Division pursuant to 28 U.S.C. §1402(b), because plaintiff resides, and/or because the act or omission subject of this complaint occurred in, the Central District of California, Western Division.

2.    Liability of defendant is predicated on 28 U.S.C. §§1346(b) and 2671-2680, in that the personal injuries and resulting damages forming the basis of this complaint were proximately caused by the negligence of employees of defendant, acting within the scope or course of their employment with defendant.

3.    Pursuant to 28 U.S.C. §2675, plaintiff, on January 15, 2020, filed a claim for the damages sought in this action with defendant United States Postal Service.  Because six months

have passed since the date of the filing of plaintiff's claim without the defendant having made a final disposition thereof, claimant is deeming the claim denied pursuant to 28 U.S.C. §2675(b).

4. The facts upon which plaintiff's cause of action is based are as follows: On 12/10/2018, at or around 11:15 a.m., plaintiff went to the post office located at 255 S. Glendora Avenue, Glendora, California.  When the entrance door into the post office opened, the carpet on the floor lifted and caused plaintiff to trip and fall.  Plaintiff sustained multiple injuries, including injuries to her head, face, right eye, right shoulder, and right arm.  Plaintiff is informed and believes that defendant's employees were negligent in placing the carpet by the entrance door and/or in maintaining the door in such a way as to prevent the carpet from lifting when it is opened and that as a result of defendant's employees' negligence, plaintiff was injured.

5. As a proximate result of the negligence of defendant, plaintiff incurred medical expenses, and sustained injuries in the form of physical and emotional pain and suffering.

WHEREFORE, plaintiff prays judgment as follows:

1. For medical expenses;

2. For damages for physical and emotional pain and suffering;

3. For interest on all economic damages in the legal amount from the date of injury to the date of judgment;

4. For costs of suit herein incurred; and,

5. For such other further relief as the court may be deem proper.

Dated: July 20, 2020                KAMPF, SCHIAVONE & ASSOCIATES, A.P.C.

s/Randall S. Schiavone

By:    RANDALL S. SCHIAVONE
       ANGELIQUE MANGASER
       Attorneys for Plaintiffs