JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN WILLIAMSON, | CASE NO.: 2:20-cv-06839-AB (PD) |
| Plaintiff, | [~~Proposed~~] Judgment |
| v. | Honorable André Birotte Jr. |
| UNITED STATES OF AMERICA, | United States District Judge |
| Defendant. | |

The Court has ordered that the plaintiff MARILYN WILLIAMSON recover from the defendant UNITED STATES OF AMERICA the amount of Sixty Seven Thousand, Nine Hundred Forty Three Dollars and Forty One Cents ($67,943.41).

Accordingly, **JUDGMENT IS HEREY ENTERED** in favor of plaintiff MARILYN WILLIAMSON and against defendant UNITED STATES OF AMERICA in the amount of Sixty Seven Thousand, Nine Hundred Forty Three Dollars and Forty One Cents, ($67,943.41).

**SO ORDERED.**

Dated: May 24, 2022

_____
Honorable Judge André Birotte Jr.
United States District Judge

1